**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Darrell Lavern REAVES, Defendant–Appellant.**

No. 05–13890
Non–Argument Calendar.
D.C. Docket No. 04–14033–CR–DLG.

United States Court of Appeals, Eleventh Circuit.

March 13, 2006.

Arthur L. Wallace, III, Wallace Law Office, Pompano Beach, FL, for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before MARCUS, WILSON and HILL, Circuit Judges.

PER CURIAM:

Arthur L. Wallace, III, appointed appellate counsel for Darrell Lavern Reaves, has filed a motion to withdraw on appeal because, in his opinion, there are no issues of arguable merit on which to base the appeal. Counsel's motion is supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion

to withdraw is GRANTED, and Reaves's conviction and sentence are AFFIRMED.